

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

DOCKETING SECTION
404-215-1655

July 19, 2011

Clerk, United States District Court
Northern District of Texas
501 West Tenth Street, Room 310
Fort Worth, TX 76102-3673

    Re:   *USA v. Ledell Derrick Shaw*
          NDGA Case No.: 1:11-mj-~~1099~~ 1079
          Your Case No.: ~~09-10085-01-WEB~~
          4:11-mj-232

Dear Clerk:

    Rule 5(c)(3) proceedings were held in this district on July 12, 2011 as to the above Defendant. Enclosed are our documents of said proceedings, and a certified copy of our docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

                              Sincerely,

                              James N. Hatten
                              Clerk of Court

                    By:    <u>s/ B. Graves</u>
                          Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 2 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CASE NO. 1:11-MJ-1079-LTW |
| LEDELL DERRICK SHAW, | |
| Defendant. | |

### ORDER APPOINTING COUNSEL

THOMAS HAWKER

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 12TH day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 07/12/11 @ 3:23 pm
TAPE: FTR
TIME IN COURT: 16 minutes

MAGISTRATE JUDGE: Linda T. Walker
COURTROOM DEPUTY CLERK: Sonya Coggins
CASE NUMBER: 1:11-MJ-1079
DEFENDANT'S NAME: Ledell Derrick Shaw
AUSA: Mike Herskowitz
DEFENDANT'S ATTY: Thomas Hawker
USPO / PTR: 
( ) Retained ( ) CJA (X) FDP ( ) Waived

_____ ARREST DATE _____

X  Initial appearance hearing held.       _____ Defendant informed of rights.
_____ Interpreter sworn: _____

## COUNSEL

X  ORDER appointing Federal Defender as counsel for defendant.
_____ ORDER appointing _____ as counsel for defendant.
_____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

X  Defendant WAIVES identity hearing.       X  WAIVER FILED
_____ Identity hearing HELD.    _____ Def is named def. in indictment/complaint; held for removal to other district.
_____ Defendant WAIVES preliminary hearing in this district only.   _____ WAIVER FILED
_____ Preliminary hearing HELD.   _____ Probable cause found; def. held to District Court for removal to other district
X  Temporary commitment issued.

## BOND/PRETRIAL DETENTION HEARING

X  Government motion for detention filed. Pretrial hearing set for 07/18/2011 @ 11:00 A.M.
_____ Pretrial hearing set for _____ @ _____ ( _____ In charging district.)
_____ Bond/Pretrial detention hearing held.
_____ Government motion for detention ( ) GRANTED ( ) DENIED
_____ Pretrial detention ordered.   _____ Written order to follow.
_____ BOND set at $ _____   _____ NON-SURETY   _____ SURETY
         _____ cash           _____ property        _____ corporate surety ONLY
_____ SPECIAL CONDITIONS: _____

_____ Bond filed. Defendant released.
_____ Bond not executed. Defendant to remain in Marshal's custody.
_____ Motion ( _____ verbal) to reduce/revoke bond filed.
_____ Motion to reduce/revoke bond   _____ GRANTED   _____ DENIED
_____ See page 2

# UNITED STATES DISTRICT COURT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 2 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

CASE NUMBER: 1:11-mj-1079-LTW

LEDELL DERRICK SHAW

Defendant

CHARGING DISTRICTS CASE NUMBER: 4:11-MJ-232

I understand that charges are pending in the NORTHERN District of TEXAS (FT. WORTH) alleging violation of 21:846 and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

07/12/11
Date

_____
Defense Counsel

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 2 2011

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 1-11-MJ-1079 |
| LEDELL DERRICK SHAW | : | |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, Sally Quillian Yates, United States Attorney, and Michael V. Herskowitz, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.

1. **Eligibility of Case.**

   This case is eligible for a detention order because this case involves:

   _____     Crime of violence (18 U.S.C. § 3156)

   __X__     Maximum sentence of life imprisonment or death

   __X__     10 + year drug offense

   _____     Felony, with two prior convictions in the above categories

   __X__     Serious risk the defendant will flee

   _____     Serious risk of obstruction of justice

2. <u>Reason for Detention.</u>

The Court should detain defendant because there are no conditions of release that will reasonably assure:

__X__      Defendant's appearance as required

__X__      Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>

The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

__X__      There is probable cause to believe defendant committed 10 + year drug offense.

_____      There is probable cause to believe defendant committed an offense in which a firearm was used, carried, or possessed under § 924(c).

_____      Defendant has been charged with a federal offense that is described in § 3142(f)(1), and

(1) defendant has been convicted of a Federal offense that is described in § (f)(1) of this section, or of a State or Local offense that would been an offense described in § (f)(1) of this section if a circumstance giving rise to Federal jurisdiction had existed;

2

(2) the offense described in paragraph (1) was committed while defendant was on release pending trial for a Federal, State or local offense; and

(3) A period of not more than five years has elapsed since the date of conviction, or the release of the person from imprisonment, for the offense described in paragraph (1), whichever is later.

\_\_\_\_\_   [Circle one] This is an offense involving a minor under 18 U.S.C. § 1201, or an offense under 18 U.S.C. § 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. <u>Time for Detention Hearing.</u>

The United States requests the Court conduct the detention hearing:

\_\_\_\_\_   At the initial appearance.

\_\_X\_\_   After continuance of <u>3</u> days (not more than 3).

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

3

Dated: this 12th day of July 2011.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

MICHAEL V. HERSKOWITZ
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404)581-6071
Ga. Bar No. 349515

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to counsel for the defendant at his initial appearance.

MICHAEL V. HERSKOWITZ
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 2 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

vs.

LEDELL DERRICK SHAW

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

CASE NO: 1:11-MJ-1079

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1] Monday, July 18, 2011 at 11:00 a.m. before United States Magistrate Judge LINDA T. WALKER, U.S. Courthouse, Richard B. Russell Building, 18th Floor, Courtroom 1860, 75 Spring Street, S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 12TH day of JULY, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. 3142(f)(2).
   A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.

|  |  |
|---|---|
|  | DATE: 07/18/11 @ 11:25 am |
|  | TAPE: FTR |
|  | TIME IN COURT: 1:34 |

| MAGISTRATE JUDGE | Linda T. Walker | COURTROOM DEPUTY CLERK: | Sonya Coggins |
|---|---|---|---|
| CASE NUMBER: | 1:11-MJ-1079 | DEFENDANT'S NAME: | Ledell Derrick Shaw |
| AUSA: | Mike Herskowitz | DEFENDANT'S ATTY: | Thomas Hawker |
| USPO / PTR: |  | ( ) Retained ( ) CJA (X) FDP ( ) Waived |  |

____ ARREST DATE _____

____ Initial appearance hearing held.   ____ Defendant informed of rights.

____ Interpreter sworn: _____

## COUNSEL

____ ORDER appointing Federal Defender as counsel for defendant.

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

____ Defendant WAIVES identity hearing.   ____ WAIVER FILED

____ Identity hearing HELD.   ____ Def is named def. in indictment/complaint; held for removal to other district.

____ Defendant WAIVES preliminary hearing in this district only.   ____ WAIVER FILED

X  Preliminary hearing HELD.   X  Probable cause found; def. held to District Court for removal to other district

X  Commitment issued.

## BOND/PRETRIAL DETENTION HEARING

____ Government motion for detention filed. Pretrial hearing set for _____ @ _____

____ Pretrial hearing set for _____ @ _____   ( ____ In charging district.)

X  Bond/Pretrial detention hearing held.

X  Government motion for detention (X) GRANTED  ( ) DENIED

X  Pretrial detention ordered.   X  Written order to follow.

____ BOND set at $ _____   ____ NON-SURETY   ____ SURETY

____ cash   ____ property   ____ corporate surety ONLY

____ SPECIAL CONDITIONS: _____

____ Bond filed. Defendant released.

____ Bond not executed. Defendant to remain in Marshal's custody.

____ Motion ( ____ verbal) to reduce/revoke bond filed.

____ Motion to reduce/revoke bond   ____ GRANTED   ____ DENIED

____ See page 2

Defendant: Ledell Derrick Shaw    Case No.: 4:11-MJ-079-LTW

Date: 07/18/2011

**WITNESSES:**

Edward Jacobson, SWORN, TESTIFIED

**EXHIBITS:**

Original Exhibits _____ RETAINED by the Court  _____ RETURNED to counsel

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,
vs.

LEDELL DERRICK SHAW

ORDER OF DETENTION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 18 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

CASE NO. 1:11-MJ-1079

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I - Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. §3142(f)(1) and has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is
  ☐ a crime of violence as defined in 18 U.S.C. §3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which the maximum term of imprisonment of ten years or more is prescribed in _____.*
  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. §3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding (1).

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternate Findings (A)

☐ (1) There is probable cause to believe that the defendant has committed an offense
  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternate Findings (B)

☒ (1) There is a serious risk that the defendant will not appear.
☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence) (a preponderance of the evidence) that, inter alia, Defendant is alleged to have conspired to possess w/ intent to distribute and to distribute in excess of 2.30 Kg of Cocaine. Defendant allegedly "ripped off" a MDTO and has a "hit" on his life. Defendant appears to have an excess of unexplained income after having filed for bankruptcy in 2007. Defendant is alleged to had a firearm in his home and he is a convicted felon.

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative of confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: July 18, 2011

Signature of Judicial Officer
LINDA T. WALKER

---

\* Insert as applicable: (a) Controlled Substances Act (21 U.S.C. §801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. §955a).

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 8 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA
V.
LEDELL DERRICK SHAW

COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1:11-MJ-1079-LTW | 4:11-MJ-232 | | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify)
charging a violation of  21  U.S.C. § 841(a)(1) and (b)(1)(B)

ATTEST: A TRUE COPY
CERTIFIED THIS

JUL 1 9 2011

James N. Hatten, Clerk
By: _____
Deputy Clerk

**DISTRICT OF OFFENSE**
Northern District of Texas - Fort Worth Division

**DESCRIPTION OF CHARGES:**

Possession w/I to Distribute Cocaine

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

__07/18/11__  _____
Date  Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

CLOSED

## U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:11-mj-01079-LTW All Defendants
### Internal Use Only

Case title: USA v. Shaw
Other court case number: 4:11-mj-232 Northern District of Texas, Ft. Worth

Date Filed: 07/12/2011
Date Terminated: 07/18/2011

ATTEST: A TRUE COPY
CERTIFIED THIS
JUL 19 2011
James N. Hatten, Clerk
By: [signature]
Deputy Clerk

Assigned to: Magistrate Judge Linda T. Walker

**Defendant (1)**
**Ledell Derrick Shaw**
*TERMINATED: 07/18/2011*
*also known as*
Derrick Shaw

represented by Thomas L. Hawker
Federal Defender Program Inc.-Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: tom_hawker@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                      **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                   **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                          **Disposition**
21:846 - CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE

**Plaintiff**

USA            represented by **Michael V. Herskowitz**
U.S. Attorneys Office - ATL
Assistant United States Attorney,
Criminal Division
600 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6071
Email: michael.herskowitz@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/12/2011 |  | Arrest (Rule 40) of Ledell Derrick Shaw. (bse) (Entered: 07/15/2011) |
| 07/12/2011 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Thomas Hawker as to Ledell Derrick Shaw. Signed by Magistrate Judge Linda T. Walker on 7/12/11. (bse) (Additional attachment(s) added on 7/15/2011: # 1 Order (Correct PDF)) (bse). (Entered: 07/15/2011) |
| 07/12/2011 | 2 | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Initial Appearance in Rule 5(c)(3) Proceedings as to Ledell Derrick Shaw held on 7/12/2011. Defendant WAIVES identity hearing. Waiver filed. Pretrial hearing set for 7/18/11 at 11:00 AM. Temporary Commitment issued. (Tape #FTR) (bse) (Additional attachment(s) added on 7/15/2011: # 1 Minute (Correct PDF)) (bse). (Entered: 07/15/2011) |
| 07/12/2011 | 3 | WAIVER of Rule 40 Hearings by Ledell Derrick Shaw. (bse) (Entered: 07/15/2011) |
| 07/12/2011 | 4 | MOTION for Detention by USA as to Ledell Derrick Shaw. (bse) (Additional attachment(s) added on 7/15/2011: # 1 Motion for Detention (Correct PDF)) (bse). (Entered: 07/15/2011) |
| 07/12/2011 | 5 | ORDER granting 4 Government's Motion for Detention as to Ledell Derrick Shaw. Signed by Magistrate Judge Linda T. Walker on 7/12/11. (bse) (Additional attachment(s) added on 7/15/2011: # 1 Detention Order (Correct PDF)) (bse). (Entered: 07/15/2011) |
| 07/12/2011 | 6 | Notification of Docket Correction re 1 Order Appointing Public Defender, 2 Initial Appearance, 4 MOTION for Detention, 5 Order on Governments Motion for Detention. The correct PDFs for the above docket entries are attached to this docket entry. (bse) (Entered: 07/15/2011) |
| 07/18/2011 | 7 | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Detention Hearing and Preliminary Hearing as to Ledell Derrick Shaw. Probable cause found. Defendant held to District Court for removal to other district. Government's move for detention is GRANTED. Commitment issued. (Attachments: # 1 Complaint) (Tape #FTR) (bse) |

| | | |
|---|---|---|
| | | (Entered: 07/19/2011) |
| 07/18/2011 | 8 | ORDER OF DETENTION Pending Trial by Judge Linda T. Walker as to Ledell Derrick Shaw. (bse) (Entered: 07/19/2011) |
| 07/18/2011 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Ledell Derrick Shaw. Defendant committed to Northern District of Texas. Signed by Magistrate Judge Linda T. Walker on 7/18/11. (c: served by deputy clerk). (bse) (Entered: 07/19/2011) |
| 07/18/2011 | | Magistrate Case Closed. Defendant Ledell Derrick Shaw terminated. (bse) (Entered: 07/19/2011) |
| 07/19/2011 | 10 | Transmittal of Rule 5(c)(3) Documents as to Ledell Derrick Shaw, sent to Northern District of Texas via certified mail, rrr. Original case file with certified copy of Commitment Order and docket sheet. (bse) (Entered: 07/19/2011) |